UNITED STATES DISTRICT COURT
for the
District of

_____ Division

Case No. 4:23CV01501
(to be filled in by the Clerk's Office)

Anthony Duane Wilson
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

World Wrestling Entertainment, All Elite Wrestling
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: (check one) ☒ Yes ☐ No

JUDGE PEARSON
MAG JUDGE KNAPP

FILED
AUG 0 2 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Anthony Duane Wilson
Street Address: 6862 State Route 7
City and County: Kinsman Trumbull County
State and Zip Code: Ohio 44428
Telephone Number: 330-610-2147
E-mail Address: Krakatoa1883@yahoo.com

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name                         World Wrestling Entertainment
    Job or Title *(if known)*
    Street Address               1241 E Main St.
    City and County              Stamford Fairfield County
    State and Zip Code           Connecticut 06902
    Telephone Number             (203) 352-8600
    E-mail Address *(if known)*

Defendant No. 2
    Name                         All Elite Wrestling
    Job or Title *(if known)*
    Street Address               1 Tiaa Bank Field Dr.
    City and County              Jacksonville Duval County
    State and Zip Code           Florida 32202
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

__US Copyright law title 17, 1-8 and 10-12__

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* __Anthony Duane Wilson__, is a citizen of the State of *(name)* __Ohio__.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b.  If the defendant is a corporation

    The defendant, *(name)* **World Wrestling Entertainment**, is incorporated under the laws of the State of *(name)* **Connecticut**, and has its principal place of business in the State of *(name)* **Connecticut**.

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  **The Amount in Controversy**

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    $250,000,000 in:

plagiarism. market damages. product damages. personal damages. financial damages.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

WWE, its contractors and employees have on multiple dates used my creative works without permission, infringing on my wrestling gimmicks, names, slogans an likeness.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Market damages, product damages, personal damages, financial damages. WWE an AEW are still using stolen infringing works of mine. Claiming they created these things and not crediting me or paying for them, many of which are not for sale. This will follow me my entire career. This has cost me work outside of professional wrestling and inside professional wrestling. These things have cost

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* **All Elite Wrestling**, is incorporated under the laws of the State of *(name)* **Florida**, and has its principal place of business in the State of *(name)* **Florida**.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

AEW, it's contractors and employee's have on multiple dates used my creative works without permission, infringing on my wrestling gimmicks, names, slogans and likeness. I was starting a professional wrestling company and asked the Bulletclub members to join me in the venture of starting my company. They stole these plans from me and my social media pages and cut me out without giving credit or a portion I'm entitled to as the creator.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Market damages, product damages, personal damages, financial damages, WWE and AEW are still using stolen infringing works of mine. Claiming they created these things and not crediting me or paying for them. Many of which are not for sale. This will follow me my entire career. This has cost me work outside of professional wrestling and inside professional wrestling. These things have cost me fans an income.

me fans an income. Several of these infringements were done maliciously to damage my reputation an career, attempting to embarrass me an waste my time. I'm a writer an professional wrestler, my creative works are my livelyhood. From my research I was informed if you cut out an original partner or the creator control of the company belongs to the exiled party. I'm seeking control of AEW an removal of stolen works, a public apology an a financial settlement for damages my works an career will see until I retire. WWE boardchair, WWE stock for freelance work an business tactics used of mine. Return all ships and plunder.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/31/2023

Signature of Plaintiff: Anton W__
Printed Name of Plaintiff: Anthony D. Wilson

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address