Anthony Duane Wilson
　　　Plaintiff

-v-

4:23CV01501

World Wrestling Entertainment, All Elite Wrestling
　　　　　　　Defendants

FILED
AUG 0 2 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

## Motion to Seal Case

I, the plaintiff, do not wish for this to be public knowledge to the fans of this industry, further damaging my reputation or the other parties involved. Fans watch for things like this to talk about on their shows.

_____  8/2/23
　　name　　　　　date

Anthony Duane Wilson
6862 State Route 7
Kinsman, OH 44428