PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTHONY DUANE WILSON, ) | |
| ) | CASE NO. 4:23CV1501 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| WORLD WRESTLING ) | |
| ENTERTAINMENT, *et al.*, ) | |
| ) | **ORDER** |
| Defendants. ) | [Resolving ECF No. 2] |

The Complaint (ECF No. 1) in the above-entitled action was filed on August 2, 2023. When a *pro se* plaintiff pays the full filing fee, as is the case here, the plaintiff is responsible for perfecting service upon the defendants. Guide for *Pro Se* Litigants at 19. See LR 4.2, if service of the summons will be made by certified mail.

Although *pro se* litigants are generally allowed more leeway than individuals represented by counsel, such leeway has its limits. See *Pilgrim v. Littlefield*, 92 F.3d 413, 416 (6th Cir. 1996). *Pro se* plaintiffs are obligated to be aware of and comply with procedural rules applicable to their case. See *Needham v. Butler Cty. Jail*, No. 1:19-cv-294, 2019 WL 5899326, at *2 (S.D. Ohio Nov. 12, 2019) ("Plaintiff is forewarned that his pro se status . . . do[es] not relieve him of his obligation to fully comply with applicable rules of civil procedure[.]"), *report and recommendation adopted*, No. 1:19cv294, 2019 WL 6682155 (S.D. Ohio Dec. 6, 2019); *Hunter v. Lockland City Sch.*, No. 1:16-cv-418, 2016 WL 4471687, at *2 (S.D. Ohio July 27, 2016) ("[T]he undersigned reminds Plaintiff that his *pro se* status does not excuse him from his

(5:20CV2730)

obligations to comply with all local and federal rules of civil procedure[.]"), *report and recommendation adopted*, No. 1:16cv418, 2016 WL 4468251 (S.D. Ohio Aug. 24, 2016).

Going forward, all pleadings and other papers tendered by Plaintiff for filing shall be typewritten. All printed matter must appear in at least 12 point type on pages not exceeding 8 1/2 by 11 inches and type matter not exceeding 6 1/2 by 9 1/2 inches. Although a quotation of three (3) lines or more may be single-spaced and indented and a footnote shall be single-spaced in no smaller than 12 point type, all other lines of typewritten text shall be double-spaced.

Fed. R. Civ. P. 4(m) requires the plaintiff to serve the summons and complaint upon the defendant within 90 days after the complaint is filed. If Plaintiff cannot show good cause why service of the summons and complaint was not made within 90 days after the filing of the complaint, pursuant to Rule 4(m), the action will be dismissed without prejudice on November 1, 2023. *Moncrief v. Stone*, 961 F.2d 595, 596 (6th Cir. 1992) (interpreting the predecessor to Rule 4(m)).

Finally, Plaintiff's Motion to Seal Case (ECF No. 2) is denied without prejudice to the concept being revisited at a later date when appropriate.

IT IS SO ORDERED.

| | |
|---|---|
|   August 23, 2023 |   */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |