**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   World Wrestling Entertainment
   1241 E. Main St.
   Stamford, Connecticut 06902

   9590 9402 7591 2098 3378 71

2. Article Number: EI 234 119 013 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

USPS TRACKING #

9590 9402 7591 2098 3378 71

WESTCHESTER NY 105
[postmark] 2023 PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

FILED
OCT 11 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

Sender: Please print your name, address, and ZIP+4® in this box•

Anthony Duane Wilson
6862 State Route 7
Kinsman, OH 44428