# Motion for Default

FILED
OCT 11 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

Anthony Duane Wilson

6862 State Route 7

Kinsman Ohio 44428

In the <u>Northern District of Ohio</u> Court for the County of <u>Mahoning</u>

in the State of <u>Ohio</u>

<u>Anthony Duane Wilson</u>  Case No. : <u>4:23CV01501</u>

    Plaintiff,

v.  [Proposed] Order for Default for Failure to Appear

<u>All Elite Wrestling</u>

    Defendant.

---

# Motion for Default

THIS COURT FINDS that:

- Defendant was served with process at their current address of record;

- Defendant failed to answer or otherwise plead in response to Plaintiff's Complaint filed with the Court; and

- Plaintiff is entitled to an entry of Default entered against Defendant.

- Plaintiff has been in contact with Defendant through Social Media, Defendant is very aware of these proceedings.

Signed in open court this_____day of_____,____

_____
[Judge's name]

_____
[Plaintiff's Signature] 10/11/23