United States District Court

Motion to reopen case

FILED
DEC 01 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

Anthony Duane Wilson
Plaintiff

– V –

World Wrestling Entertainment, All Elite Wrestling
Defendants

4:23CV01501
Case no.

## JUDGE PEARSON

## MAG JUDGE KNAPP

I, Anthony Duane Wilson, am asking the court to reopen this case on the grounds that WWE and AEW were served within the time frame of 90 days as shown by return receipts given to the court. Service was done by certified mail, by the Plaintiff representing himself at this time. If the court wishes, the 90 days can be reinstated after reopening the case an service by the clerk or U.S. Marshall will be used to reserve the defendants if that pleases the court.

signature

Anthony Duane Wilson
6862 stateroute 7
Kinsman Ohio 44428