PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ANTHONY DUANE WILSON, ) | |
| ) | CASE NO. 4:23CV1501 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| WORLD WRESTLING ) | |
| ENTERTAINMENT, *et al.*, ) | |
| ) | **ORDER** |
| Defendants. ) | [Resolving ECF No. 10] |

Pending before the Court is *Pro Se* Plaintiff Anthony Duane Wilson's Motion to Reopen Case (ECF No. 10), filed on December 1, 2023.[1]

On November 3, 2023, the above-entitled action alleging copyright infringement was dismissed without prejudice for failure to serve the summons and complaint upon Defendants World Wrestling Entertainment ("WWE") and All Elite Wrestling ("AEW") within 90 days after the Complaint (ECF No. 1) was filed. *See* Order of Dismissal (ECF No. 8). Earlier this month, Plaintiff refiled the case and it was assigned to the undersigned. *See Wilson v. World Wrestling Entertainment, et al.*, No. 4:24CV0062 (N.D. Ohio filed Jan. 10, 2024).

Accordingly, Plaintiff's Motion to Reopen Case (ECF No. 10) is denied as moot.

---

[1] Although Plaintiff asserts in the within motion that Defendants WWE and AEW were properly served with the summons and complaint, ECF No. 10 does not contain a certificate of service as required by Fed. R. Civ. P. 5(d)(1)(B)(i).

(4:23CV1501)

The Clerk is directed to issue a copy of this Order by regular mail to Anthony Duane Wilson, 6862 State Route 7, Kinsman, Ohio 44428.

IT IS SO ORDERED.

| | |
|---|---|
| January 18, 2024 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |